UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. C 09-1981 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CDC; et al., | |
| Defendants. | |

Moody Woodrow Tanksley, a prisoner at the Salinas Valley State Prison, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend because it failed to state a claim upon which relief could be granted against any defendant. The court explained the deficiencies in the complaint, ordered Tanksley to file an amended complaint no later than October 30, 2009, and warned that the failure to file the amended complaint by the deadline would result in the dismissal of the action. Tanksley failed to file an amended complaint and the deadline by which to do so has passed. This action is dismissed for failure to state a claim upon which relief may be granted against a defendant. The clerk shall close the file.

IT IS SO ORDERED.

Dated: February 12, 2010

_____
Marilyn Hall Patel
United States District Judge